FILED

Date: 3/5/24

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO.  5:24-cr-20-TPB-PRL
26 U.S.C. § 5861(d)

ROBERT EDWARD SMITH,
a/k/a "Bobby"

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about February 15, 2024, in the Middle District of Florida, the defendant,

**ROBERT EDWARD SMITH,**

did knowingly possess a firearm, that is: a machinegun, as defined by 26 U.S.C. § 5845(b), and a silencer, as defined by 18 U.S.C. § 921(a)(25), not registered to the defendant in the National Firearms Registration and Transfer Record, as required by 26 U.S.C. § 5841.

In violation of 26 U.S.C. §§ 5841, 5861(d) and 5871.

## FORFEITURE

1.    The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303.

2. Upon conviction of a violation of 26 U.S.C. § 5861, the defendant shall forfeit to the United States, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), any firearms involved in the violation, and, pursuant to 49 U.S.C. § 80303 and 28 U.S.C. § 2461(c), any aircraft, vehicle, or vessel used to facilitate the transportation, concealment, receipt, possession, purchase, sale, exchange, or giving away of such firearm.

3. The property to be forfeited includes, but is not limited to, the following: a Sten machinegun (no markings) and two silencers (no markings), seized from the defendant on February 15, 2024.

4. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: *Belkis Crockett*

Belkis H. Crockett
Assistant United States Attorney

By: _____

Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

3

FORM OBD-34
March 5                          No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

ROBERT EDWARD SMITH,
a/k/a "Bobby"

INDICTMENT

Violations: 26 U.S.C. §§ 5841, 5861(d) and 5871

A true bill,

_____████████████_____
Foreperson

Filed in open court this 5th day of March 2024.

_____M. Taylor_____
Clerk

Bail $_____

GPO 863 525